# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____ 6

USCA NO. _____

SDNY NO. _07 cv 4661_

JUDGE: _K M W_

DATE: _July 24, 2007_

Jones

-v-

The City of New York et al

JUL 2 4 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____

FIRM _____ APPEALS SECTION _____

ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_

_500 PEARL STREET, NEW YORK, NEW YORK 10007_

PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------------

DOCUMENTS                                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

( X ) Original Record                         (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of _July_ , 2007.

**United States District Court for
the Southern District of New York**

Date: _July 24, 2007_

U.S.C.A. # _____

U.S.D.C. # _07cv4661_

D.C. JUDGE _KMW_

-----------------------------------------------------------------

_Jones_

-V-

_The City of New York, et al_
-----------------------------------------------------------------

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ Through _5_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _24th_ Day of _July_ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
                    Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-04661-KMW**
**Internal Use Only**

Jones v. The City of New York et al                    Date Filed: 06/04/2007
Assigned to: Judge Kimba M. Wood                       Date Terminated: 06/04/2007
Cause: 42:1983 Civil Rights Act                        Jury Demand: Plaintiff
                                                       Nature of Suit: 440 Civil Rights: Other
                                                       Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis. I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 06/04/2007) (jeh) (Entered: 06/14/2007) |
| 06/04/2007 | 2 | COMPLAINT against The City of New York, State Dept. of Social Services, S. Pierre. Document filed by Alonzo Jones.(jeh) (Entered: 06/14/2007) |
| 06/04/2007 | | Magistrate Judge Debra C. Freeman is so designated. (jeh) (Entered: 06/14/2007) |
| 06/04/2007 | 3 | ORDER OF DISMISSAL;Plaintiff's request to proceed in forma pauperis is granted; accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii), (iii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/04/2007) (jeh) (Entered: 06/14/2007) |
| 06/04/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2) (B) (ii) (iii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/04/2007) (jeh) (Entered: 06/14/2007) |
| 07/02/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Alonzo Jones. (tp) (Entered: 07/23/2007) |
| 07/02/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Alonzo Jones. $455.00 APPEAL FEE DUE. IFP REVOKED 6/4/07. (tp) (Entered: 07/23/2007) |