

S.D.N.Y.
07-cv-4661
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of February, two thousand eight.

Present:

    Hon. Sonia Sotomayor,
    Hon. Debra Ann Livingston,
        *Circuit Judges*,
    Hon. Gregory W. Carman,*
        *Judge, U.S. Court of International Trade*.



---

Alfonzo Jones,

        *Plantiff-Appellant*,

v.                                                                07-3161-pr

The City of New York, State Department of
Social Services, S. Pierre,

        *Defendants-Appellees*.

---

Appellant, *pro se*, moves to proceed *in forma pauperis* ("IFP") in his appeal of the district court's dismissal of his 42 U.S.C. § 1983 action. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172-74 (2d Cir. 1989); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By:

FEB 6 2008

---

*The Honorable Gregory W. Carman, of the United States Court of International Trade, sitting by designation.

SAO-PR

MAR 2 1 2008

JUDGEMENT MANDATE ISSUED: